AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Edwin Alonso Cuadros Bravo and | ) | |
| Yulisa Alexsandra Guevara Wintong | ) | 2:22-mj-0029 KJN |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

**FILED**
Feb 18, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 21, 2021_____ in the county of _____Sacramento_____ in the

_____Eastern_____ District of _____California_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a)(1) | Interstate and International Kidnapping |
| 18 U.S.C. § 1201(c) | Conspiracy to Commit Interstate and International Kidnapping |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/

_____
*Complainant's signature*

Orcina A. Pacheco-Garcia, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: __02/18/22__

_____
*Judge's signature*

City and state:   _____Sacramento, California_____

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Orcina A. Pacheco-Garcia, being duly sworn, depose and state:

### I. PURPOSE

1.  This Affidavit is in support of a criminal complaint and arrest warrants for:

    **YULISA ALEXSANDRA GUEVARA WINTONG and
    EDWIN ALONSO CUADROS BRAVO**

    For the following federal law violations:

    > **Title 18 U.S.C. § 1201(a)(1) (Interstate and International
    > Kidnapping)**

    > **Title 18 U.S.C. § 1201(c) (Conspiracy to Commit Interstate and
    > International Kidnapping)**

### II. AGENT BACKGROUND

2.  I am a Special Agent with the Federal Bureau of Investigation and have been since March 2019. I have worked for the Federal Bureau of Investigation in other capacities since September 2017. Based on my training and experience as an agent with the FBI, I have investigated federal criminal violations related to, among other things, child exploitation and child pornography, kidnappings, and human trafficking. I have gained experience through training at the FBI Academy as well as by conducting these types of investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 1201.

### III. STATEMENT OF PROBABLE CAUSE

3.  On November 21, 2021, Parent 1 and Parent 2 (collectively, the "Parents") contacted the Sacramento County Sheriff's Office to report that their six-year-old

child (the "Victim") had been kidnapped by Parent 1's mother and father, Yulisa Alexsandra Guevara Wintong ("GUEVARA WINTONG") and Edwin Alonso Cuadros Bravo ("CUADROS BRAVO").   According to Parent 1 and Parent 2, GUEVARA WINTONG and CUADROS BRAVO have no legal custody over the Victim and no authority to travel with the Victim outside the United States.  Based on the evidence and information set forth below, GUEVARA WINTONG and CUADROS BRAVO took the Victim from the Victim's residence in the United States and unlawfully traveled with the Victim to Peru.

4.   A year earlier, in or around November 2020, Parent 1 and Parent 2 had picked up the Victim, GUEVARA WINTONG, and CUADROS BRAVO from the San Francisco International Airport after they had traveled from Lima, Peru.  Parent 1 arranged the travel in 2020 so that the Victim could permanently reside with the Parents in Sacramento, California.  According to Parent 1, she had provided GUEVARA WINTONG and CUADROS BRAVO with a signed and dated letter authorizing the travel of the Victim into the United States with them.  GUEVARA WINTONG and CUADROS BRAVO and the Victim resided with Parent 1 and Parent 2 in Sacramento from November 2020, until their departure on November 19, 2021.

5.   According to Parent 1, in September 2020, GUEVARA WINTONG had approached Parent 1 when she was in the master bedroom of her Sacramento residence.  During this discussion, GUEVARA WINTONG communicated to Parent 1 her intentions to return to Peru with the Victim and Parent 1 refused to give GUEVARA WINTONG consent to take the Victim back to Peru.  In response,

2

GUEVARA WINTONG threatened to have Parent 1 and Parent 2 deported from the United States if Parent 1 did not allow them to take the Victim.[1]  Parent 1 provided law enforcement a copy of the video that Parent 1 had saved on her video surveillance application.  I reviewed the video home surveillance footage containing both the audio and visual conversation between GUEVARA WINTONG and Parent 1, and the surveillance corroborated Parent 1's statements made to law enforcement. The video was timestamped and had been captured on September 20, 2021, at approximately 4:28 p.m.

6. According to Parent 1, GUEVARA WINTONG usually picked up the Victim from school and brought the Victim back to the residence while Parent 1 was at work. On November 19, 2020, according to Parent 1, GUEVARA WINTONG had informed Parent 1 that the Victim was at a play date with a classmate.[2]  Then, according to the Parents, at approximately 4:30 p.m., CUADROS BRAVO arrived with the Victim to the residence after picking her up from her play date. Then, according to Parent 1, GUEVARA WINTONG and CUADROS BRAVO informed Parent 1 they were going to visit a friend's house.  Home security footage shows that at approximately 5:04 p.m., the Victim, GUEVARA WINTONG, and CUADROS BRAVO left the residence.  The Victim never returned to the residence after that point.  According to Parent 2, at approximately 9:00 p.m., Parent 2 saw

---

[1] Parent 1 and Parent 2 do not have a legal residential status in the United States.
[2] On January 28, 2022, the Vice Principal of Victim's school informed Parent 1 that on the Victim's last day of school, the classmate's mother had picked up the Victim from school.  Parent 1 stated she was unaware that a stranger and not GUEVARA WINTONG, had picked up the Victim from school.

CUADROS BRAVO outside of the residence in CUADROS BRAVO's vehicle.[3]
This is the last time that CUADROS BRAVO was seen by Parent 1 or Parent 2.

7.  The next morning, November 20, 2021, Parent 1 noticed the Victim, GUEVARA
    WINTONG, and CUADROS BRAVO had not returned to the residence.  Parent 1
    stated that she initially thought they had stayed late at a friend's house but would be
    returning the following day.  Based on my review of screen shot messages and calls
    on Parent 1's phone, Parent 1 had placed numerous phone calls to GUEVARA
    WINTONG through WhatsApp to determine the whereabouts of the Victim.  Parent
    1 sent numerous text messages to GUEVARA WINTONG pleading for return of
    the Victim.  According to my review, Parent 1's phone calls and text messages were
    unanswered.

8.  The next day, November 21, 2021, Parent 1 and Parent 2 contacted the Sacramento
    Sheriff's Department to file a police report.[4]  After obtaining consent, officers
    broke open the locked door to the room of GUEVARA WINTONG and
    CUADROS BRAVO.  Officers searched the room and residence and noticed
    GUEVARA WINTONG, CUADROS BRAVO, and the Victim's belongings were
    missing from the residence, including clothes, cellphones and personal travel
    documents.

9.  Parent 1 informed authorities that she never authorized GUEVARA WINTONG or
    CUADROS BRAVO to take the Victim.  Parent 1 and Parent 2 attempted to contact
    GUEVARA WINTONG and CUADROS BRAVO numerous times.  Based on

---

[3] The home security system does not capture this view of the street.
[4] Parent 1 and Parent 2 stated that they initially hesitated to contact local authorities due to the fear of being deported from the United States.

screenshot messages I reviewed, Parent 2 sent one message to CUADROS BRAVO through Facebook Messenger on November 21, 2021, at 3:23 p.m.   Parent 2 also showed law enforcement his Facebook Messenger account located on his cell phone, which showed the last communication CUADROS BRAVO[5] sent to Parent 2 was on November 21, 2021, a 4:06 p.m., in which CUADROS BRAVO stated (in Spanish) that he was already in Lima, Peru, and that CUADROS BRAVO did not know why Parent 2 "was surprised" because "it was only a matter of time."

10.   On November 21, 2021, Sacramento Sheriff officers executed an Emergency Situation Disclosure, case number 21517178, on CUADROS BRAVO's cell phone number.  The last ping registered on the phone was at the Miami International Airport on November 21, 2021.

11.   According to airline records, on November 20-21, 2021, GUEVARA WINTONG, CUADROS BRAVO, and the Victim flew under their own names from California to Florida to Peru via the following flights:

   a.   November 20, 2021 American Airlines flight 6244 from Sacramento, California (SMF) to Los Angeles, California (LAX)

   b.   November 21, 2021 American Airlines flight 340 from Los Angeles, California (LAX) to Miami, Florida (MIA)

   c.   November 21, 2021 American Airlines flight 379 from Miami, Florida (MIA) to Lima, Peru (LIM)

12.   Throughout the months of December 2021 and January 2022, Parent 1 received several communications from family members and friends in Peru.  My review of

---

[5] CUADROS BRAVO's Facebook account username is "Alonso."  I reviewed the images in the Facebook account and confirmed they are a match with CUADROS BRAVO.

these screenshot messages confirms that eyewitnesses saw the Victim in Peru. According to these accounts, GUEVARA WINTONG, CUADROS BRAVO, and the Victim, were staying at a family member's residence at Calle San Pedro 131, Puerto Supe, Peru.  As shown in a screenshot I have reviewed, on January 7, 2022, Parent 1 received a screenshot image from a family member ("Family Member 1") that depicted the Victim, GUEVARA WINTONG, and CUADROS BRAVO. According to Family Member 1, this image was taken at the aforementioned residence in Peru.  According to eyewitness accounts by Family Member 1 and one family friend, as of December 25, 2021, GUEVARA WINTONG and CUADROS BRAVO, may be intermittently residing with the Victim to an apartment located at Calle Faustico Maldonado 258, Cercado de Lima 15301, Lima, Peru.

13.  I also reviewed screenshot messages provided by Parent 1 concerning the reporting of a second family member ("Family Member 2").  Family Member 2 resides in close proximity to Calle San Pedro 131, Puerto Supe, Peru, and has been in constant communication with Parent 1.  Family Member 2 has sent daily Facebook messages concerning the whereabouts and welfare of the Victim.  On January 27, 2022, Family Member 2 communicated to Parent 1 that she witnessed GUEVARA WINTONG and CUADROS BRAVO intoxicated frequently, during which times, the Victim has been left at the residence of another family member.  On February 1, 2022, Family Member 2, sent an image of a vehicle driven by CAUDROS BRAVO. Family Member 2 has also witnessed the Victim, CAUDROS BRAVO, and GUEVARA WINTONG in the vehicle.

14. Since the kidnapping on November 19, 2021, witnessed GUEVARA WINTONG and CUADROS BRAVO have not made any attempts to contact Parent 1 in order to return the Victim.  According to my review of Parent 1's WhatsApp account, Parent 1 has made several phone calls using WhatsApp to GUEVARA WINTONG, but the phone calls were never answered and GUEVARA WINTONG and CUADROS BRAVO have not returned any communication.  According to Family Member 1, multiple family members have been directed by GUEVARA WINTONG and CUADROS BRAVO to cease communications with Parent 1.

### IV.    IDENTIFICATION

15. Yulisa Alexsandra GUEVARA WINTONG, date of birth April 30, 1974, is a citizen of Peru.  Parent 1 described GUEVARA WINTONG as a Hispanic female, standing approximately 5 feet and 2 inches in height, weighing approximately 160 pounds, with brown hair and black eyes, which I have verified through review of CUADROS BRAVO's Facebook account.

16. Edwin Alonso CUADROS BRAVO, date of birth September 16, 1970, is a citizen of Peru.  According to Family Member 2, on February 2, 2022, CUADROS BRAVO was seen driving a red vehicle with a license plate BYI308.  Parent 1 described him as a Hispanic male, standing approximately 5 feet and 6 inches in height, weighing approximately 180 pounds, with black/grey hair and black eyes, which I have verified through review of his Facebook account.

### V.    CONCLUSION

17. Based on the aforementioned factual information, I respectfully submit that there is probable cause that and YULISA ALEXSANDRA GUEVARA WINTONG and

EDWIN ALONSO CUADROS BRAVO committed violations of 18 U.S.C. § 1201(a)(1) (Interstate and International Kidnapping) and 18 U.S.C. § 1201(c) (Conspiracy to Commit Interstate and International Kidnapping), thus supporting the legal basis for the Court to issue arrest warrants based on a criminal complaint.

18.  I further request that the Court order that all papers in support of this application, including the affidavit, complaint, and arrest warrants, be sealed until further order of the Court or the CUADROS BRAVO and GUEVARA WINTONG's first appearance in federal criminal court.  However, I request that these documents shall not be sealed for the limited purpose to provide copies to foreign governments as part of a provisional arrest and extradition process.  These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents (except for the limited purpose to effectuate the provisional arrest and extradition) because their premature disclosure may seriously jeopardize that investigation and endanger the Victim.

//

//

//

//

//

//

//

//

I swear, under penalty of perjury, that the foregoing Information is true and correct, to the best of my knowledge, information and belief.

/s/
_____
Orcina A. Pacheco-Garcia
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this __18__ day of February, 2022

_____
Honorable Kendall J. Newman
United States Magistrate Judge
Eastern District of California

Approved as to form:

 /s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

9